UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) | CIVIL ACTION |
| | ) | NO. 1:96-CV-10804-DPW |
| Plaintiff, | ) ) | |
| | ) | No. 1:04-CV-10652-DPW |
| v. | ) | [BEACON HEIGHTS SITE] |
| | ) | No. 1:04-CV-10667-DPW |
| THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART INDUSTRIES, INC., | ) ) ) ) | [LAUREL PARK SITE] |
| | ) | |
| Defendants. | ) ) | |

ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN BLACK & DECKER FILINGS CONCERNING ITS MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE BEACON HEIGHTS AND LAUREL PARK SITES

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2, for leave to file under seal its the following documents:

1. Black & Decker's Supplemental Memorandum In Support Of Its Motion For Partial Summary Judgment Regarding The Beacon Heights And Laurel Park Sites;

2. Black & Decker's Statement Of Material Facts As To Which There Is No Genuine Dispute Regarding The Beacon Heights And Laurel Park Sites; and

3. Appendix To Black & Decker's Supplemental Memorandum In Support Of Its Motion For Partial Summary Judgment Regarding The Beacon Heights And Laurel Park Sites.

As grounds for this motion, Black & Decker stated that said filings contain or refer to confidential documents produced by the parties pursuant to protective orders designed to ensure the confidentiality of said documents. Pursuant to Local Rule 7.2, Black & Decker

requests that this Court enter an Order authorizing the sealing of the memorandum, appendix and statement of facts, filed in connection with its summary judgment motion.

Black & Decker also requests that the Court maintain said documents under seal until this action is closed and, thereafter, that said documents be returned to counsel.

By their attorneys,

Dated: November 10, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts  02110
(617) 482-5470