UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff,              )<br>)<br>v.                             )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC.,           )<br>)<br>Defendants.            )<br>) | CIVIL ACTION<br>NO. 1:96-CV-10804-DPW<br><br>No. 1:04-CV-10652-DPW<br>    [BEACON HEIGHTS SITE]<br>No. 1:04-CV-10667-DPW<br>    [LAUREL PARK SITE] |

AFFIDAVIT OF JAMES J. NICKLAUS IN SUPPORT OF
BLACK & DECKER'S RENEWED MOTION FOR PARTIAL SUMMARY
JUDGMENT REGARDING THE BEACON HEIGHTS AND LAUREL PARK SITES

James J. Nicklaus deposes and says:

1. I am a member of the bar of this Commonwealth and am an attorney with Willcox, Pirozzolo & McCarthy, Professional Corporation, counsel for The Black & Decker Corporation, et als., in this action.

2. Exhibit A to the Appendix To Black & Decker's Memorandum In Support Of Its Renewed Motion For Summary Judgment Concerning The Beacon Heights And Laurel Park Sites, filed herewith ("Appendix"), is a copy of the August 5, 2004 Memorandum and Order Regarding Summary Judgment for the Ansonia and Derby Sites, in Liberty Mutual Insurance Co. v. The Black & Decker Corp., et al., Civil Action No. 96-10804-DPW (D. Mass.).

3. Exhibit B to the Appendix is a copy of the Third Party Complaint in B.F. Goodrich Co. et al. v. Harold Murtha et als. v. Risdon Corp. et al., United States District Court for the District of Connecticut, Civil Action No. N-87-52 (PCD).

4. Exhibit C to the Appendix is a copy of the Complaint in <u>Uniroyal Chemical Co. v. Harold Murtha, et al.</u>, United States District Court for the District of Connecticut, Civil Action No. N-87-67 (WWE).

5. Exhibit D to the Appendix is a copy of the Complaint in <u>B.F. Goodrich Co. et al. v. Harold Murtha, et al. v. Risdon Corp., et al.</u>, United States District Court for the District of Connecticut, Civil Action No. N-87-52 (PCD).

6. Exhibit E to the Appendix is a copy of the Complaint in <u>State of Connecticut v. AMF, Inc., et al.</u>, United States District Court for the District of Connecticut, Civil Action No. 5:91-cv-00229.

7. Exhibit F to the Appendix is a copy of a Notice of Potential Liability dated April 4, 1990 from Merrill Hohman, E.P.A., to Emhart Corp. and Black & Decker.

8. Exhibit G to the Appendix is a copy of a letter dated July 18, 1988 from Chris Brewi to Carl Urmston.

9. Exhibit H to the Appendix is a copy of a letter dated February 2, 1990 from Linda H. Biagioni to Carl Urmston with attachment.

10. Exhibit I to the Appendix is a copy of a letter dated May 23, 1990 from Linda H. Biagioni to Liberty Mutual.

11. Exhibit J to the Appendix is a copy of a letter dated April 9, 1990 from Joseph Calandro of Aetna Commercial Insurance Division to Linda H. Biagioni.

12. Exhibit K to the Appendix is a copy of a letter dated June 18, 1990 from Linda H. Biagioni to Liberty Mutual.

13. Exhibit L to the Appendix is a copy of a letter dated August 3, 1990 from Ann Breau to Linda H. Biagioni.

14. Exhibit M to the Appendix is a copy of a letter dated June 12, 1991 from Thomas O'Kane to Linda H. Biagioni.

15. Exhibit N to the Appendix is a copy of a letter dated June 12, 1991 from Thomas O'Kane to Linda H. Biagioni.

16. Exhibit O to the Appendix is a copy of a Memorandum from DiLorenzo to Kline with Attachments, 12/14/87.

17. Exhibit P to the Appendix is a copy of the <u>B.F. Goodrich Co. v. Murtha</u>, Discovery Statement for Farrel Corp., 2/22/89, with a selected portion of the attached referenced documents.

18. Exhibit Q to the Appendix is a copy of a letter dated December 26, 1990 from Louis Pepe, Esquire to Austin Carey, Jr., Esquire.

19. Exhibit R to the Appendix is a copy of a Liberty Mutual memorandum dated November 4, 1986, entitled "Hazardous Waste Dump Site Claims Brought by Governmental Agencies."

20. Exhibit S to the Appendix is a copy of a letter dated December 21, 1994 from Kim Olson to Michael Margiotta.

21. Exhibit T to the Appendix is a copy of Liberty Mutual Loss Prevention Data Sheet Number 82, entitled "Reducing Liability from the Disposal of Hazardous Waste."

22. Exhibit U to the Appendix is a copy of a document entitled "Case Handling Guide, Claims Department."

23. Exhibit V to the Appendix contains copies of excerpts from the trial testimony of Franklin Woodard in this action (No. 96-10804-DPW).

24. Exhibit W to the Appendix contains copies of excerpts from the trial testimony of Michael Bonchonsky in this action (No. 96-10804-DPW).

25. Exhibit X to the Appendix is a copy of a document entitled "Excerpts from the National Research Council (1994)."

26. Exhibit Y to the Appendix contains copies of excerpts from the Executive Summary of "Contamination of Ground Water by Toxic Organic Chemicals."

27. Exhibit Z to the Appendix is a copy of the Affidavit of Austin Carey, Jr.

28. Exhibit AA to the Appendix is a copy of excerpts from the Deposition of John W. Betkoski, taken in this action on July 26, 2004.

29. Exhibit BB to the Appendix is a copy of excerpts from the Deposition of Terrance Murtha, taken in this action on July 26, 2004.

30. Exhibit CC to the Appendix is a copy of excerpts from Liberty Mutual's Response to Defendants' Statement of Material Facts, filed in this action (No. 96-10804-DPW) on March 2, 1998.

31. Exhibit DD to the Appendix is a copy of excerpts from the Submission of Liberty Mutual Insurance Company With Respect to Its Position on Defendants' Claims for Coverage, filed in this action (No. 96-10804-DPW) on September 6, 1996.

32. Documents containing production numbers with the prefix "LM" were produced in discovery in this action by Liberty Mutual, and documents containing production numbers with the prefix "BD" were produced in discovery in this action by Black & Decker.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2004.

/s/ James J. Nicklaus
James J. Nicklaus