UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | CIVIL ACTION |
| LIBERTY MUTUAL INSURANCE COMPANY,  ) | NO. 96-10804-DPW |
| ) | NO. 1:04-CV-10652-DPW |
| Plaintiff,  ) | (Beacon Heights Site) |
| ) | NO. 1:04-CV-10667-DPW |
| v.  ) | (Laurel Park Site) |
| ) | |
| THE BLACK & DECKER CORPORATION,  ) | |
| BLACK & DECKER, INC., BLACK & DECKER  ) | |
| (U.S.) INC., EMHART CORPORATION, and  ) | |
| EMHART INDUSTRIES, INC.,  ) | |
| ) | |
| Defendants.  ) | |
| _____) | |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN
BLACK & DECKER FILINGS CONCERNING ITS OPPOSITION TO
LIBERTY MUTUAL'S SUPPLEMENTAL MOTIONS FOR SUMMARY
JUDGMENT REGARDING THE BEACON HEIGHTS AND LAUREL PARK SITES**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2,
for leave to file under seal the Opposition of Black & Decker To Supplemental Summary
Judgment Motions of Liberty Mutual Regarding The Beacon Heights And Laurel Park Sites and
the Affidavit of James J. Nicklaus in support thereof.  Said filings contain or refer to confidential
documents produced by the parties pursuant to protective orders designed to ensure the
confidentiality of said documents.  Said filings also respond to Liberty Mutual filings which
themselves were filed under seal.  Pursuant to Local Rule 7.2, Black & Decker requests that this
Court enter an Order authorizing the sealing of the memorandum and affidavit, filed in
connection with its opposition to Liberty Mutual's summary judgment motion.

Black & Decker also requests that the Court maintain said documents under seal until this action is closed and, thereafter, that said documents be returned to counsel.

By their attorneys,

Dated:  December 9, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
James J. Nicklaus, BBO# 564806
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts  02110
(617) 482-5470