UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ )<br>LIBERTY MUTUAL INSURANCE COMPANY, )<br>                                  )<br>        Plaintiff,                )<br>                                  )<br>        v.                        )<br>                                  )<br>THE BLACK & DECKER CORPORATION,   )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC.,          )<br>                                  )<br>        Defendants.               )<br>_____ ) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10652-DPW<br>  (Beacon Heights Site)<br>NO. 1:04-CV-10667-DPW<br>  (Laurel Park Site) |

**NOTICE OF FILING WITH CLERK'S OFFICE REGARDING
THE BEACON HEIGHTS AND LAUREL PARK SITES**

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Opposition of Black & Decker To Supplemental Summary Judgment Motions Of Liberty Mutual Regarding The Beacon Heights And Laurel Park Sites

- Affidavit Of James J. Nicklaus In Opposition To The Liberty Mutual Supplemental Motions For Summary Judgment With Respect To The Beacon Heights And Laurel Park Sites

The original documents are maintained in the case file in the Clerk's Office.

Dated: December 9, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
James J. Nicklaus, BBO# 564806
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts  02110
(617) 482-5470