UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART INDUSTRIES, INC.,<br><br>Defendants. | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10652-DPW<br>  (Beacon Heights Site)<br>NO. 1:04-CV-10667-DPW<br>  (Laurel Park Site) |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN
BLACK & DECKER FILINGS CONCERNING ITS REPLY MEMORANDUM IN
SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT REGARDING THE
BEACON HEIGHTS AND LAUREL PARK SITES**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2, for leave to file under seal the Reply Memorandum In Support Of Black & Decker's Motions For Summary Judgment Regarding the Beacon Heights and Laurel Park Sites and the accompanying Affidavit of Richard L. Binder. Said filings contain or refer to confidential documents produced by the parties pursuant to protective orders designed to ensure the confidentiality of said documents. Said filings also responds to Liberty Mutual filings which themselves were filed under seal. Pursuant to Local Rule 7.2, Black & Decker requests that this Court enter an Order authorizing the sealing of the memorandum and affidavit, filed in connection with its summary judgment motions.

Black & Decker also requests that the Court maintain said documents under seal until this action is closed and, thereafter, that said documents be returned to counsel.

By their attorneys,

Dated:  December 20, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts  02110
(617) 482-5470