UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, ) | CIVIL ACTION |
| ) | NO. 96-10804-DPW |
| ) | NO. 1:04-CV-10652-DPW |
| Plaintiff, ) | (Beacon Heights Site) |
| ) | NO. 1:04-CV-10667-DPW |
| v. ) | (Laurel Park Site) |
| ) | |
| THE BLACK & DECKER CORPORATION, ) | |
| BLACK & DECKER, INC., BLACK & DECKER ) | |
| (U.S.) INC., EMHART CORPORATION, and ) | |
| EMHART INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING WITH CLERK'S OFFICE REGARDING
THE BEACON HEIGHTS AND LAUREL PARK SITES**

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Reply Memorandum in Support of Black & Decker's Renewed Motion For Partial Summary Judgment Regarding The Beacon Heights And Laurel Park Sites; and

- Affidavit of Richard L. Binder.

The original document is maintained in the case file in the Clerk's Office.

Dated: December 20, 2004    /s/ Jack R. Pirozzolo
                            Jack R. Pirozzolo, BBO# 400400
                            Richard L. Binder, BBO# 043240
                            James J. Nicklaus, BBO# 564806
                            Willcox, Pirozzolo & McCarthy
                            Professional Corporation
                            50 Federal Street
                            Boston, Massachusetts  02110
                            (617) 482-5470